| | |
|---|---|
| MICHELLE L. ROBERTS (SBN: 239092)<br>Email: michelle@ssrlawgroup.com<br>CASSIE SPRINGER AYENI (SBN: 221506)<br>Email: cassie@ssrlawgroup.com<br>**SPRINGER & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA 94607<br>Telephone:    (510) 992-6130<br>Facsimile:     (510) 280-7564<br><br>Attorneys for Plaintiff,<br>Travis Bruno-Erck | ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,<br>   EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone:    (415) 433-0990<br>Facsimile:     (415) 434-1370<br><br>Attorneys for Defendant,<br>Life Insurance Company of North America |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travis Bruno-Erck,<br><br>                         Plaintiff,<br><br>      vs.<br><br>Life Insurance Company of North America,<br><br>                         Defendant, | Case No.  14-cv-01001-YGR<br>**ORDER GRANTING<br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** ~~AND [PROPOSED] ORDER~~ |

In execution of a settlement and release agreement between the parties, it is hereby stipulated by and between Plaintiff TRAVIS BRUNO-ERCK and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

/ / /

/ / /

Dated:  August 15, 2014

**SPRINGER & ROBERTS LLP**

By: /s/ *Michelle L. Roberts*
　　Michelle L. Roberts
　　Cassie Springer Ayeni

*Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

Dated:  August 15, 2014

By: /s/ *Laura E. Fannon*
　　Laura E. Fannon

*Attorneys for Defendant LINA*

### SIGNATURE ATTESTATION

I, Michelle L. Roberts hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  August 15, 2014　　　By: 　　/s/ *Michelle L. Roberts*
　　　　　　　　　　　　　　　　　　MICHELLE L. ROBERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  This action is DISMISSED WITH PREJUDICE.

Dated:  August 15, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1237956v.1